### Strawn, Trustee, *v.* Iams (No. 2).

Argued Oct. 8, 1914. Appeal, No. 150, Oct. T., 1914, by George F. Auld, defendant, from judgment of C. P. Washington Co., Aug. T., 1912, No. 444, on directed verdict for plaintiff in case of John H. Strawn, Trustee, v. James L. Iams and George F. Auld, with notice to James W. Closser and Corbly K. Spragg, assignees for the benefit of creditors of said James L. Iams, and Clement H. Powell, terre tenants. Before POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

*John C. Bane,* with him *James A. Wiley, Rufus Marriner* and *James J. Purman,* for appellant.

*James I. Brownson,* with him *John S. Wendt,* for appellee.

OPINION BY MR. JUSTICE STEWART, January 2, 1915:

This appeal raises no questions which were not fully considered and passed upon in the case in which the opinion has just been handed down at this same term, 247 Pa. 132. For the reasons stated in that opinion the judgment here is affirmed.